UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

STEVEN M. CISNEROS,

   *Plaintiff*,

v.                                                              Case No.  SA-24-CV-01371-JKP

JUSTICE OF THE PEACE ROBERTO
A. VAZQUEZ, CITY OF SAN ANTO-
NIO FIRE DEPARTMENT,

   *Defendants*.

**O R D E R**

    Before the Court is a Report and Recommendation from United States Magistrate Judge Richard Farrer recommending this case be dismissed pursuant to § 1915(e)(2)(B)(ii) for failure to state a non-frivolous claim for relief and pursuant to Federal Rule of Civil Procedure 41 for failure to prosecute and failure to follow a court order. *See ECF No. 16*.

    Any party who desires to object to a Magistrate Judge's findings and recommendations must serve and file all written objections within fourteen days after being served with a copy. 28 U.S.C. § 636(b)(1). If no party objects to a Magistrate Judge's Report and Recommendation, the Court need only review the Magistrate Judge's report to determine whether the findings and recommendations are clearly erroneous or contrary to law. *Johnson v. SW. Research Inst.*, 210 F. Supp. 3d 863, 864 (W.D. Tex. 2016) (citing *U.S. v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989)).

No party filed any objection to the Magistrate Judge's Report and Recommendation, and the time for doing so passed. This Court, therefore, reviewed the Report and Recommendation and concludes it is neither clearly erroneous nor contrary to law.

Accordingly, the Court **ACCEPTS** the Magistrate Judge's recommendation, **ADOPTS** the Magistrate Judge's report as its own, and **ORDERS** this case is **DISMISSED WITH PREJUDICE** pursuant to § 1915(e)(2)(B)(ii) for failure to state a non-frivolous claim for relief and pursuant to Federal Rule of Civil Procedure 41 for failure to prosecute and failure to follow a court order.

The Clerk of Court shall terminate this case.

It is so ORDERED.
SIGNED this 10th day of September, 2025.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE